UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARK A. CALHOUN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUAN TRANSPORTATION, )<br>)<br>Defendant. ) | No. 4:18-cv-00224-RLY-DML |

## Report and Recommendation to Dismiss Complaint without Prejudice

On February 20, 2019, the court reminded the plaintiff of his obligation to serve the defendant, or risk having his case dismissed (Dkt. 5). On April 4, 2019, the court issued an order to show cause to the plaintiff (Dkt. 6). The plaintiff was ordered to show cause by May 1, 2019, why this case should not be dismissed without prejudice for failure to serve the defendant. The plaintiff did not respond to the order to show cause.

Because of plaintiff's failure to comply with the court's order, the Magistrate Judge recommends to the District Judge that the complaint be DISMISSED WITHOUT PREJUDICE. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 8/28/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MARK A. CALHOUN
2806 Rolling Creek Drive
Jeffersonville, IN 47130