UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MARK A. CALHOUN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:18-cv-00224-RLY-DML |
| RUAN TRANSPORTATION, | ) | |
| Defendant. | ) | |

**ENTRY ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

Mark Calhoun filed this action against Ruan Transportation on December 4, 2018. On August 28, 2019, the Magistrate Judge filed a Report and Recommendation in which she recommended this case be dismissed without prejudice for failure to comply with previous court orders and Rule 4(m). *See* Fed. R. Civ. P. 4(m). Calhoun did not object, and so the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The court is satisfied that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Report and Recommendation (Filing No. 7) and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** this 19th day of November 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Mail to:

Mark A. Calhoun
2806 Rolling Creek Drive
Jeffersonville, IN 47130